UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Scott Broughton,

Plaintiff,

v.

Apogee Enterprises, Inc.
VIS'N Service Corporation,

Defendants.

CIV. No. 00-CV-1898 ADM/AJB

STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER

It is hereby stipulated by and between plaintiff Scott Broughton and defendants Apogee Enterprises, Inc. and VIS'N Service Corporation, ("defendants") through their respective counsel, that the deadline for defendants to move, answer or otherwise respond to plaintiff's Complaint served on August 9, 2000, shall be extended to September 12, 2000, and that the failure of defendants to respond to the Complaint prior to September 12, 2000, shall not constitute a waiver of any defenses or rights available to defendants.

Dated: August 25 2000

DORSEY & WHITNEY LLP

Janice M. Symchych (#108111X)
~~Judith Williams-Killackey (#0280227)~~
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-1498

Attorneys for Defendants

FILED AUG 30 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

Dated: August 28, 2000

Robins, Kaplan, Miller & Ciresi L.L.P.

Thomas C. Kayser (5415X MN)
Randall Tietjen (214474 MN)
2800 La Salle Plaza
800 La Salle Avenue
Minneapolis, MN 55402
(612) 349-8500

Attorneys for Plaintiff Scott Broughton

SO ORDERED:

Dated: 8/30/00

Magistrate Judge Arthur J. Boylan
U.S. District Court