UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Scott Broughton,

Plaintiff,

v.

Apogee Enterprises, Inc., a Minnesota corporation; and VIS'N Service Corporation, a Minnesota corporation

Defendants.

Court File No. 00-CV-1898 ADM/AJB

**STIPULATION AND ORDER FOR DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Apogee Enterprises, Inc., VIS'N Service Corporation, and Scott Broughton through their respective undersigned counsel, that the above-captioned action has been resolved, and that Plaintiff's claims and Defendants' counterclaims may be dismissed with prejudice and without costs, attorneys' fees, or expenses awarded to any party, and that the Court may enter the following Order.

Dated: December 28, 2000

DORSEY & WHITNEY LLP

By ____________________
Janice M. Symchych (#10811X)
Judith Williams-Killackey (#0280227)
Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402-1498
Telephone: (612) 340-6336

Attorneys for Defendants and Counterclaim Plaintiffs Apogee Enterprises, Inc., and VIS'N Service Corporation

DEC 2 2000
FILED ____
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D ____
DEPUTY CLERK ____

Dated: December 19, 2000

Robins, Kaplan, Miller & Ciresi L.L.P.

By [signature]

Thomas C. Kayser (5415X MN)
Randall Tietjen (214474 MN)
2800 La Salle Plaza
800 La Salle Avenue
Minneapolis, MN 55402
(612) 349-8500

Attorneys for Plaintiff and Counterclaim Defendant Scott Broughton

**ORDER**

The Court accepts the foregoing stipulation and hereby orders that this matter including Plaintiff's claims and Defendants' counterclaims is dismissed with prejudice, on the merits, and without costs or fees to any party.

**DATE:** Dec. 21, 2000

**BY THE COURT:**

Honorable Ann Montgomery
United States District Court Judge